**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:06CR00097(AWT) |
| | : |
| MARK L. KOWALSKI | : |

**FINAL ORDER OF FORFEITURE**

Whereas, on May 2, 2006, this court entered a Preliminary Order of Forfeiture forfeiting, pursuant to 18 U.S.C. § 982(a)(1) and 31 U.S.C. § 5317(c), $100,000 in United States currency held in Account No. 571-10453-2 in the name of MLK, LLC at New Alliance Bank located at 195 Church Street in New Haven, Connecticut;

Whereas, pursuant to 21 U.S.C. § 853(n), on May 25, 2006, the United States published in the Hartford Courant, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property as the Attorney General may direct, and further notifying all third parties of their right to petition the court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

Whereas, no petition has been filed.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, pursuant to 21 U.S.C. § 853(n)(7), the right, title, and interest to $100,000 in United States currency held in

Account No. 571-10453-2 in the name of MLK, LLC at New Alliance Bank located at 195 Church Street in New Haven, Connecticut, is hereby condemned, forfeited, and vested in the United States of America, and no right, title, or interest to the property shall exist in any other party;

That New Alliance Bank liquidate the above-described account and convert the liquidated account into a check made payable to the United States Marshals Service, and forward the check to John Bardelli, United States Marshal, 141 Church Street, New Haven, Connecticut 06510;

That pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property according to law; and

That the Clerk of Court is directed to send two (2) certified copies of this Final Order of Forfeiture to Mark D. Rubino, Assistant United States Attorney, 157 Church Street, New Haven, Connecticut 06510, as well as copies of this order to all counsel or parties of record.

It is so ordered.

Dated this 6th day of July, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson

Alvin W. Thompson
United States District Judge